O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY, an Arizona corporation,<br><br>Plaintiff,<br><br>v.<br><br>ONEBEACON INSURANCE GROUP, LTD; THE EMPLOYERS' FIRE INSURANCE COMPANY,<br><br>Defendants. | Case No. CV 12-08399 DDP (JCGx)<br><br>**ORDER TO SHOW RE: AMOUNT IN CONTROVERSY** |

Plaintiff is ordered to show cause why this action should not be dismissed for lack of subject matter jurisdiction. Plaintiff filed its complaint in this court on the basis of diversity jurisdiction, asserting eight causes of action related to a commercial general liability insurance policy issued by Plaintiff and a pending suit against Plaintiff's insured. While the complaint makes reference to a $1 million policy, the complaint provides no information about the amount in controversy in the underlying personal injury action, or about defense costs incurred to date or likely to be incurred in the future. It is therefore

not clear to the court that the amount in controversy in this matter exceeds $75,000, as is required to establish diversity jurisdiction under 28 U.S.C. § 1332.

Accordingly, Plaintiff is ordered to file a brief, not to exceed five pages, by Monday, November 26, 2012, showing cause why this action should not be dismissed for lack of subject matter jurisdiction. Plaintiff should also deliver a courtesy copy to chambers, Room 244-J, Second Floor, 312 N. Spring Street, Los Angeles. Failure to file a brief in accordance with this Order will be deemed consent to dismissal of this action.

IT IS SO ORDERED.

Dated: November 14, 2012

DEAN D. PREGERSON
United States District Judge